UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MALEK MANSOUR, NINA SOALT and ISAIAH MANSOUR, a minor, ppa | : | NO. 3:02CV1830 (SRU) |
| | : | |
| *Plaintiffs,* | : | |
| V. | : | |
| NORWALK SEAPORT ASSOCIATION, a nonprofit Connecticut corporation, | : | |
| | : | |
| *Defendant.* | : | DECEMBER 23, 2003 |

### CONSENT MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs Malek Mansour, et al, respectfully move pursuant to Fed. R. Civ P. 41 for an order dismissing the above action, on consent, with prejudice but without fees or costs.

                              THE PLAINTIFFS
                              MALEK MANSOUR, ET AL

BY: _____
        WILLIAM B. BARNES, ESQ.
            (CT0268)
        Rosenstein & Barnes
        P.O. Box 687
        Fairfield, CT 06824-0687
        Tel (203) 367-7922

**NO ORAL ARGUMENT REQUIRED**

## **CERTIFICATION**

A copy of the foregoing was mailed first class mail, postage prepaid, on December 23, 2003, to the following counsel and pro se parties of record:

Christopher Hodgson, Esq.
Durant, Nichols, Houston,
 Hodgson & Cortese-Costa
1057 Broad Street
Bridgeport, CT 06604

*/s/ WBarnes*
WILLIAM B. BARNES, ESQ.