02CV1830 VOLDISM

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MALEK MANSOUR, NINA  : NO. 3:02CV1830 (SRU)
SOALT and ISAIAH MANSOUR,
a minor, ppa :

    *Plaintiffs,* :

V. :

NORWALK SEAPORT :
ASSOCIATION, a nonprofit
Connecticut corporation, :

    *Defendant.* : DECEMBER 23, 2003

## CONSENT MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs Malek Mansour, et al, respectfully move pursuant to Fed. R. Civ P. 41 for an order dismissing the above action, on consent, with prejudice but without fees or costs.

    THE PLAINTIFFS
    MALEK MANSOUR, ET AL

BY: /s/ W. Barnes
    WILLIAM B. BARNES, ESQ.
      (CT0268)
    Rosenstein & Barnes
    P.O. Box 687
    Fairfield, CT 06824-0687
    Tel (203) 367-7922

**ORAL ARGUMENT REQUIRED**

---

GRANTED. The case is hereby dismissed with prejudice and without costs. The clerk is instructed to close the file. So ordered.

/s/ Stefan R. Underhill
United States District Judge
01/05/04